UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAKIM ZEIDAN, :
:
    Petitioner, :
:
v. : Civil Action No. 06-0821 (JR)
:
MICHAEL CHERTOFF, Secretary, :
U.S. Department of Homeland :
Security, *et al.*, :
:
    Respondents. :

**ORDER**

    Upon consideration the petition for writ of mandamus, it is ORDERED that the respondent **show cause on or before June 5, 2006**, why the writ should not be granted.  It is FURTHER ORDERED, since the record does not reflect either that the petition has been served or that counsel for the respondents has entered an appearance, that petitioner cause a copy of this order to be served forthwith upon defendant, either with the petition or in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure.


                                JAMES ROBERTSON
                        United States District Judge