UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAKIM ZEIDAN<br>2712 Wisconsin Ave., NW<br>Washington, DC 20007,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF,<br>Secretary of Homeland Security,<br>Washington, DC 20528<br><br>EMILIO GONZALES,<br>Director, U.S. Citizenship and Immigration Services,<br>20 Massachusetts Ave., NW<br>Washington, DC 20529<br><br>PHYLLIS HOWARD,<br>District Director, USCIS Washington District Office<br>2675 Prosperity Ave.<br>Fairfax, VA 22031,<br><br>          Defendants. | Civil Action No.: 06-821 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendants in the above-captioned case.

          /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov