UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAKIM ZEIDAN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, *et al.*<br><br>    Defendants. | Civil Action No.: 06-821 (JR) |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME
TO OPPOSE THE PETITION FOR WRIT OF MANDAMUS**

Defendants in this matter respectfully request three additional weeks to file their opposition to the Petition for Writ of Mandamus. Plaintiff in this case challenges the agency's delay regarding his application for change in status of his visa. Defendants need additional time because the agency counsel and the undersigned have not received the case file nor had time to decide upon the proper response. Undersigned counsel appreciates the importance of acting quickly to review the materials and is applying appropriate pressure to expedite the process of obtaining them. The current deadline is June 5, 2006, and Defendants request a new deadline of June 26, 2006. Counsel for Plaintiff consented to the extension in a phone conference today.

June 2, 2006

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

   /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAKIM ZEIDAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, *et al.* )<br>)<br>Defendants. ) | Civil Action No.: 06-821 (JR) |

**ORDER**

UPON CONSIDERATION of Defendants' Consent Motion to Enlarge Time to Oppose the Petition for Writ of Mandamus, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Defendants shall file their opposition to the Petition for Writ of Mandamus on or before June 26, 2006.

So ordered, this _____ day of _____, 2006.

_____
JAMES ROBERTSON
United States District Judge