UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAKIM ZEIDAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-821 (JR) |

**SUGGESTION OF MOOTNESS**

Defendants file this Suggestion of Mootness, pursuant to Rule 12(h)(3), because the Bureau of Citizenship and Immigration Services ("BCIS") has taken the action demanded by Plaintiff. Specifically, Plaintiff alleged improper delay by BCIS in resoling his application for adjustment of status for permanent residency. With the assistance of this Office, BCIS recently approved the application. See Ex. 1. Undersigned counsel discussed the matter with counsel for Plaintiff, who indicated he would have no objection to the filing of a suggestion of mootness. Therefore, it appears that the matter should be dismissed for lack of jurisdiction in light of the lack of case or controversy.

June 28, 2006                    Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov