**U.S. DEPARTMENT OF HOMELAND SECURITY**
Bureau of Citizenship and Immigration Services

**Memorandum of Creation of Record of Lawful Permanent Residence**

| Place | WAS |
|---|---|
| File No. | A75979486 |

**Status as a lawful permanent resident of the United States is accorded:**

| | | |
|---|---|---|
| Name | HAKIM ZEIDAN | |
| In Care Of | | |
| Street | 2717 WISCONSIN AVENUE NW | |
| Apt. No. | #604 | |
| City, State Zip | WASHINGTON, DC 20007 | |

Sex: X Male
Date of Birth (Month/Day/Year): 01/25/1966
City of Birth: HAIFA
Country of Birth: ISRAEL
Country of Nationality: ISRAEL
Country of Last Residence: ISRAEL

Marital Status: X Divorced
Occupation:
N/I Class at time of Adjustment:
Year Adm. To U.S. or Year of Change to Present NI Class:

Priority Date (Month/Day/Year):
Preference:
Country to Which Chargeable (If any): ISRAEL

Section 212 (a) (14) Labor Certification: Not Applicable
Mother's First Name: ZAHRAH
Father's First Name: SOPHI

Last NIV Issued at (U.S. Consulate Post):
Date of Issuance of Last NIV:
Number of Last NIV:
Classification of Last NIV:

Under the following provisions of law:
- Public Law 95-412
- Public Law 96-212
- Private Law No.
- of the Cong. Sess.
- Sec. 209 (a) of the I&N Act
- Sec. 209 (b) of the I&N Act
- Sec. 244 of the I&N Act
- X Sec. 245 of the I&N Act
- Sec. 249 of the I&N Act
- Sec. 1 of the Act of 11/2/66
- Sec. 13 of the Act of 9/11/57
- Sec. 214 (d) of the I&N Act
- Other Law (Specify)

As of JUN 2 2 2006    of    WAS

Class of admission (Insert Symbol): E36  E37

REMARKS

RECOMMENDED BY: (BCIS Officer)  GREGORY GAUT
(Date) JUN 2 2 2006

DATE OF ACTION
DD
DISTRICT

**APPROVED** JUN 2 2 2006  006713
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

FOR USE BY VISA CONTROL OFFICE

Date: _____

Foreign State: ISRAEL

Preference Category: _____

Number: _____

Month of Issuance: _____

Signed: _____
(Visa Office, Dept. of State)

CC: Page 2 Master Index copy sent on April 16, 2003.
CC: Page 3 ADIT and Statistical report copy sent on ____.

1. File Copy