UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAKIM ZEIDAN, :
:
      Petitioner, :
:
   v. : Civil Action No. 06-0821 (JR)
:
MICHAEL CHERTOFF, Secretary, :
U.S. Department of Homeland :
Security, *et al.*, :
:
      Respondents. :

### ORDER

Upon consideration of defendant's suggestion of mootness [5] and counsel's representation that plaintiff does not object, it is by the Court <u>sua sponte</u> **ORDERED** that this case is **dismissed as moot.**

                               JAMES ROBERTSON
                       United States District Judge